The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–1770. State ex rel. McNea v. Indus. Comm.**
Franklin App. No. 09AP–605, 2010-Ohio-4186.

# CASE ANNOUNCEMENTS

*April 26, 2011*

[Cite as *04/26/2011 Case Announcements #2*, 2011-Ohio-2012.]

## MOTION AND PROCEDURAL RULINGS